IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRANDY GREGORY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIRST HORIZON HOME ) <br> LOAN CORP., ) <br> ) <br> and ) <br> ) <br> FIRST HORIZON ) <br> NATIONAL CORP. ) <br> ) <br> Defendants. ) | Case No. 05-0132-CV-W-DW |

# ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court

ORDERS that this case be DISMISSED WITH PREJUDICE, with each party to bear its own costs.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date:   September 12, 2005